In the Matter of the Accounting of MARIE A. LEARY et al., as Executors of SYLVESTER N. LEARY, Deceased, Appellants.

MARY C. LEARY, Individually and as Administratrix of the Estate of JAMES D. LEARY, Deceased, Appellant; HENDRICKS BROTHERS, Respondents.

*Matter of Leary*, 120 App. Div. 880, affirmed.
(Argued October 3, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1907, which affirmed a decree of the New York County Surrogate's Court judicially settling the accounts of the executors of Sylvester N. Leary, deceased.

*Albert A. Wray* for executors, appellants.

*David McClure* for Mary C. Leary, appellant.

*L. E. Warren* for respondents.

Order affirmed, with costs, with leave to apply to the Surrogate's Court to correct the mathematical error in computation; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.